An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BLU MAGIC MUSIC, LLC, A NEVADA LIMITED LIABILITY COMPANY; JAMAL RASHID, P/K/A MALLY MALL, D/B/A BLU MAGIC MUSIC, LLC, Appellants,

vs.

DAVID MANZOOR, P/K/A "KING DAVID", AN INDIVIDUAL, ALSO D/B/A MMG, LLC, AN UNINCORPORATED, UNREGISTERED ENTITY, Respondent.

No. 66850

**FILED**

FEB 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 12, 2014, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Also on November 12, 2014, a notice was issued directing appellants to file the case appeal statement within ten days. To date, appellant has not paid the filing fee or otherwise

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04178

responded to this court's notices. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Eighth Judicial District Court Dept. 20
     Mark R. Smith
     Holland & Hart LLP/Las Vegas
     Eighth District Court Clerk

---

[1]In light of this disposition, respondent's unopposed motion to dismiss this appeal filed November 24, 2014, is denied as moot.